In the Matter of Nora Renzulli, Appellant, v Terrence J. McElrath, as Judge of the Richmond County Family Court, Respondent.

Submitted June 25, 2007; decided September 11, 2007

Reported below, 286 AD2d 335.

908

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot.